IN THE **UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

WARD KRAFT, INC.,

        Plaintiff,

vs.                                        Docket No. 07-cv-2565-CM-DJW

KBA NORTH AMERICA, INC.,

        Defendant.

## **ORDER**

Having considered the Motion to Withdraw as Counsel filed January 3, 2008 (doc. 13), and for good cause shown, the Court finds that said motion should be granted and that Sarah T. Lepak should be and hereby is permitted to withdraw as counsel of record for Plaintiff Ward Kraft, Inc.

IT IS SO ORDERED.

Dated this 3rd day of January, 2008, at Kansas City, Kansas.

                                                                  s/ David J. Waxse
                                                                   David J. Waxse
                                                                   U.S. Magistrate Judge